```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/6/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                    Plaintiff(s),

-against-

SHYMELL EPHRON,

                    Defendant(s).

24-CR-0418 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    The Clerk of Court is respectfully directed to STRIKE ECF No. 14 from the record.

Dated: September 6, 2024
       New York, New York

                                            SO ORDERED.

                                            _____
                                            MARGARET M. GARNETT
                                            United States District Judge