USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                          :

UNITED STATES OF AMERICA                  :

            -v-                                        :           24-CR-0418 (MMG)

SHYMELL EPHRON,                        :           <u>SCHEDULING ORDER</u>

                     Defendant(s).       :

------------------------------------------------------------------------X

MARGARET M. GARNETT, United States District Judge:

      Trial in this case is scheduled for **February 24, 2025** at **9:30 a.m.**

      The Government shall provide notice of any expert witnesses it intends to call at trial pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure by no later than **December 20, 2024**. If Defendant intends to call any expert witnesses at trial, it shall provide such notice to the Government by **January 10, 2025**. Any motions to bar or restrict the testimony of a noticed expert under *Daubert* and its progeny must be filed by **January 17, 2025**, with opposition briefing due **January 31, 2025**, and reply due by **February 7, 2025**.

      It is hereby ORDERED that any proposed *voir dire*, proposed jury instructions, and proposed verdict forms, as well as any motions *in limine* or trial memoranda, shall be filed by noon on **February 7, 2025**. Any opposition to a motion *in limine* or trial memorandum shall be filed by noon on **February 14, 2025**. Replies are not permitted without prior permission of the Court.

      Pretrial filings should comport with the Court's Individual Rules and Practices for Criminal Cases, available at http://nysd.uscourts.gov/judge/Garnett. In accordance with those rule, parties should not submit courtesy copies of any submissions, unless the Court orders otherwise, but the proposed *voir dire*, proposed jury instructions, and proposed verdict forms must be e-mailed, in Microsoft Word format, to GarnettNYSDChambers@nysd.uscourts.gov when they are filed on ECF.

      It is further ORDERED that the parties appear for a final pretrial conference on **February 18, 2025**, at **11:00 a.m.** in **Courtroom 906** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007. **The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.**

      The parties must familiarize themselves with the Court's Individual Rules and Practices for Trials, available at http://nysd.uscourts.gov/judge/Garnett.

Dated: September 10, 2024
       New York, New York                              SO ORDERED.

                                                            MARGARET M. GARNETT
                                                            United States District Judge