UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>v.<br><br>Shymell Ephron, a/k/a "Shy,"<br><br>                  *Defendant.* | **Supplemental Protective Order**<br><br>S1 24 Cr. 418 (MMG) |

      Upon the application of the United States of America, with the consent of the undersigned counsel, the Court hereby finds and orders as follows this Supplemental Protective Order, which supplements and incorporates by reference the Protective Order previously entered in this matter. (Dkt 8).

      1. Disclosure of the forensic extraction of the contents of Jane Doe-1's cellphone (the "Jane Doe-1 Cellphone Extraction") raises a significant risk of affecting the privacy or safety of Jane Doe-1 and/or other victims or witnesses. In order to facilitate defense counsel's review of Jane Doe-1's Cellphone Extraction while preserving the privacy and safety concerns, the Government has agreed to produce one copy of the Jane Doe-1 Cellphone Extraction to defense counsel (the "Defense Copy of the Jane Doe-1 Cellphone Extraction") on an Attorney's Eyes Only ("AEO") basis and with the following additional provisions:

           a. The defense shall not share the Defense Copy of the Jane Doe-1 Cellphone Extraction or any of the contents of the Jane Doe-1 Cellphone Extraction with any other persons, including the defendant, except for any personnel for whose conduct defense counsel is responsible;

           b. The Defense Copy of the Jane Doe-1 Cellphone Extraction shall at all times remain at the offices of the Federal Defenders of New York, Inc., located at 52 Duane Street, 10th

Floor, New York, NY 10007, and shall not be moved or transferred in any way, including by electronic means, to any other location except with the Government's express consent;

    c. No additional copies of the Defense Copy of the Jane Doe-1 Cellphone Extraction or any portion of the contents of the Jane Doe-1 Cellphone Extraction shall be made except with the Government's express consent; and

    d. The defense shall return to the Government the Defense Copy of the Jane Doe-1 Cellphone Extraction within seven days after the conclusion of trial or the entry of a guilty plea, subject to extension upon agreement of the parties or by the Court.

### Retention of Jurisdiction

2. The provisions of this order shall not terminate at the conclusion of this criminal prosecution and the Court will retain jurisdiction to enforce this Order following termination of the case.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney

by: __/s/_____  Date: __October 30, 2024__
Ryan W. Allison / Michael R. Herman
Assistant United States Attorneys

_____  Date: 10/31/24
Hannah McCrea, Esq.
Kiran Mahal, Esq.
Amy Gallicchio, Esq.
Attorneys for Shymell Ephron

SO ORDERED:

Dated: New York, New York
~~October , 2024~~
November 07, 2024

_____
THE HONORABLE MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE