USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __3/5/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                Plaintiff(s),

-against-

Shymell Ephron ,

                Defendant(s).

S1 24-CR-0418 (MMG)

**SCHEDULING ORDER**

MARGARET M. GARNETT, United States District Judge:

    Oral Argument in this matter is scheduled for March 10, 2025, at 1:00 p.m. in Courtroom 906, 40 Foley Square, New York, NY 10007.

Dated: March 5, 2025
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge