```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/21/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA            :     **ORDER**

       - v. -                                    :     24 Cr. 418 (MMG)

SHYMELL EPHRON,                              :

       Defendant.                           :
-------------------------------------------------------------x

      Upon the request of defendant Shymell Ephron, by his counsel Hannah McCrea, Esq., and with good cause shown it is hereby

      **ORDERED** that the Bureau of Prisons, the Metropolitan Detention Center – New York, and the United States Marshal Service accept the following clothing for Mr. Ephron, Register Number 24343-511, to wear for appearances at his trial commencing on March 31, 2025 and continuing thereafter:

1. three suit jackets
2. three pairs of slacks
3. four button-down shirts
4. three ties
5. five pairs of socks
6. one pair of shoes
7. one belt

Dated:    New York, New York
            March 21, 2025

                      **SO ORDERED:**

                      _____
                      **HONORABLE MARGARET M. GARNETT**
                      United States District Judge