

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 25, 2025

**BY ECF**
The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    ***United States v. Shymell Ephron*, No. S2 24 Cr. 418 (MMG)**

Dear Judge Garnett:

    The Government writes respectfully to request that the Court authorize disclosure of Dr. Barry Rosenfeld's report and findings to the Government at this time, consistent with the Court's ruling at the final pretrial conference held yesterday. *See* Tr. at 41:2-10.

        Respectfully submitted,

        MATTHEW PODOLSKY
        Acting United States Attorney

    By:   /s/
        Ryan W. Allison
        Lisa Daniels
        Michael R. Herman
        Assistant United States Attorneys
        Southern District of New York
        (212) 637-2474 / -2955 / -2221

cc:    Hannah McCrea, Esq. (by ECF)
       Amy Gallicchio, Esq. (by ECF)
       Michael Arthus, Esq. (by ECF)