```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __4/3/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA                :

   - v. -                                          :          24 Cr. 418 (MMG)

SHYMELL EPHRON,                         :

              Defendant.             :

------------------------------------------------------------x

Upon the request of defendant Shymell Ephron, by his counsel Hannah McCrea, Esq., and with good cause shown it is hereby

**ORDERED** that the Bureau of Prisons, the Metropolitan Detention Center – Brooklyn, and the United States Marshal Service accept the following clothing for Mr. Ephron, Register Number 24343-511, to wear for appearances at his trial commencing on March 31, 2025 and continuing thereafter:

1. two pairs of slacks;
2. three button down shirts.

Dated:     New York, New York
              April 3, 2025

**SO ORDERED:**

_____
**HONORABLE MARGARET M. GARNETT**
United States District Judge