# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 4, 2025

**By ECF**
Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> It is the Court's standard practice to mark peremptory strike forms as court exhibits and file them under seal at the close of trial; that standard practice will be followed in this case.
>
> Dated: 4/4/2025  [signature]

Re: **United States v. Shymell Ephron**
24-Cr-418 (MMG)

Dear Judge Garnett:

We write to request that the Court docket the parties' respective peremptory challenge lists as a sealed court's exhibit for purposes of appeal. Since it is the movant's obligation to establish a record for purposes of a *Batson* challenge, should Mr. Ephron be convicted, we want to ensure that the Second Circuit has a clear understanding of which prospective jurors each party exercised peremptory strikes against.

Sincerely,
/s/
Hannah McCrea
Amy Gallicchio
Michael Arthus
212-417-8700

cc. (by ECF): AUSAs Ryan Allison, Lisa Daniels, and Andrew Jones