```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/24/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-

SHYMELL EPHRON,
  a/k/a "SHY"

                    Defendant(s).

------------------------------------------------------------------X

S2 24-CR-0418 (MMG)

ORDER

MARGARET M. GARNETT, United States District Judge:

    Trial in this matter concluded on April 21, 2025. Attached to this Order are the following Court Exhibits from the trial:

- Court Exhibit 1 – Voir Dire Questionnaire
- Court Exhibit 2 – Government's Peremptory Strike List – filed under seal
- Court Exhibit 3 – Defendant's Peremptory Strike List – filed under seal
- Court Exhibit 4 – Draft Jury Charge distributed on 04/10/2025
- Court Exhibit 5 – Draft Jury Charge distributed on 04/14/2025
- Court Exhibit 6 – Final Jury Charge
- Court Exhibit 7 – Combined Exhibit List
- Court Exhibit 8 – Government's Summation Demonstratives – filed under seal
- Court Exhibit 9 – Defense's Summation Demonstratives – filed under seal
- Court Exhibit 10 – Jury Note
- Court Exhibit 11 – Jury Note and Response
- Court Exhibit 12 – Jury Note
- Court Exhibit 13 – Jury Note
- Court Exhibit 14 – Jury Note
- Court Exhibit 15 – Response and Jury Note
- Court Exhibit 16 – Jury Note
- Court Exhibit 17 – Response and Jury Note

- Court Exhibit 18 – Jury Note and Response
- Court Exhibit 19 – Jury Note
- Court Exhibit 20 – Response to Jury Note
- Court Exhibit 21 – Jury Note
- Court Exhibit 22 – Verdict Sheet

Dated: April 24, 2025
New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge