# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 15, 2025

**VIA EMAIL**

Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Shymell Ephron**
      **24 Cr. 418 (MMG)**

Dear Judge Garnett:

    I write to respectfully request a 30-day adjournment of the sentencing hearing in this matter, currently scheduled for September 19, 2025. The defense is in the final stages of gathering mitigation materials in support of sentencing, but due to unexpected delays, we need additional time to finalize both a mitigation report as well as supporting materials. Accordingly, we request a 30-day adjournment of the sentencing hearing. The government has no objection.

Respectfully submitted,

Hannah McCrea
Amy Gallicchio
Michael Arthus

CC: Counsel of Record

---

*Judge's endorsement:*

Request GRANTED. The sentencing hearing is hereby adjourned to Friday, October 17, 2025, at 11:00 a.m. The Defendant's submission is due by October 3, 2025. The Government's submission is due by October 10, 2025. The Clerk of Court is respectfully directed to terminate Dkt. No. 193. SO ORDERED.

Dated: August 15, 2025